Case 2:98-cr-06013-SMJ   Document 95   Filed 03/26/12

PROB 12B
(7/93)

Report Date: March 23, 2012

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 26 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert George Fitzpatrick          Case Number: 2:98CR06013-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 1/21/2000          Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 21139(a); Bank Robbery, 18 U.S.C. § 2113(a)          Date Supervision Commenced: January 13, 2012

Original Sentence: Prison - 168 Months; TSR - 36 Months          Date Supervision Expires: January 12, 2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The change of the wording condition is necessary to bring this condition in compliance with Ninth Circuit case law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/23/2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re: Fitzpatrick, Robert George
March 23, 2012
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

3/26/12
Date