PROB 12C
(7/93)

Report Date: February 7, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert George Fitzpatrick | Case Number: 2:99CR06024-001 |
| | 2:98CR06013-001 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 1/21/2000

| | |
|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 21139(a); Bank Robbery, 18 U.S.C. § 2113(a) |
| Original Sentence: | Prison - 168 Months; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| | Date Supervision Commenced: 1/13/2012 |
| Defense Attorney: | Victor Lara |
| | Date Supervision Expires: 1/12/2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On February 6, 2013, Mr. Fitzpatrick admitted to drug testing personnel that he had smoked marijuana. The defendant provided a presumptive positive urine test for the use of marijuana. |
| 2 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising office, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Robert George Fitzpatrick failed to report for urine drug testing on October 30, 2012, December 26, 2012, December 31, 2012, and January 22, 2013. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Fitzpatrick, Robert George
February 7, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/07/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

February 7, 2013

Date