PROB 12C
(7/93)

Report Date: August 13, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 14 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:  Robert George Fitzpatrick, Jr.     Case Number:  2:98CR06013-001
                                                                    2:99CR06024-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 21, 2000

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 21139(a); Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 168 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: January 13, 2012 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: January 12, 2015 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition #16**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 5, 2013, Robert George Fitzpatrick, Jr. submitted to urine drug testing which resulted in a positive test for the use of methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/13/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
Re:  Fitzpatrick, Jr., Robert George
August 13, 2013
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

*August 14, 2013*
Date