PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert George Fitzpatrick        Case Number: 0980 2:98CR06013-001
                                                                2:99CR06024-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: January 21, 2000        Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. §        Date Supervision Commenced: November 7, 2013
21139(a); Bank Robbery, 18 U.S.C. § 2113(a)

Original Sentence: Prison - 168 M; TSR - 36 M.     Date Supervision Expires: August 6, 2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

On November 5, 2014 and November 24, 2014, Mr. Fitzpatrick failed to report for urine drug testing. The defendant did submit to testing on November 7, 2014 and November 25, 2014, which were negative for the use of illegal substances. Mr. Fitzpatrick stated that he has been having a difficult time lately remembering things and does not intend to miss the tests. He claimed that November has been a bad month for him mentally.

Mr. Fitzpatrick has a history of dealing with mental health issues, so to assist the defendant it is requested that a condition requiring mental health counseling be imposed to help Mr. Fitzpatrick address these issues.

                                                   Respectfully submitted,
                                              by
                                                   Curtis G. Hare
                                                   U.S. Probation Officer
                                                   Date: November 25, 2014

Prob 12B
**Re: Fitzpatrick, Robert George**
**November 25, 2014**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]    Other

s/Fred Van Sickle
Signature of Judicial Officer

November 25, 2014
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: Curtis G. Hare
U.S. Probation Officer

Signed: Robert George Fitzpatrick
Probationer or Supervised Releasee

11-25-14
Date