PROB 12C
(7/93)

Report Date: July 8, 2015

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 09, 2015**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert George Fitzpatrick | Case Number: 2:98CR06013-001 |
| | 2:99CR06024-001 |

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 21, 2000

| | | | |
|---|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a); Bank Robbery, 18 U.S.C. § 2113(a); | | |
| Original Sentence: | Prison 168 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | November 7, 2013 |
| Defense Attorney: | Allison Guernsey | Date Supervision Expires: | August 6, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: The defendant shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances. |
| | **Supporting Evidence**: On April 3, 2015, and June 25, 2015, Robert George Fitzpatrick, Jr. failed to report for urine drug testing as required. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Fitzpatrick, Robert George**
**July 8, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/08/2015

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

s.Fred Van Sickle
Signature of Judicial Officer

July 9, 2015
Date