PROB 12C
(7/93)

Report Date: September 29, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert George Fitzpatrick, Jr. | Case Number: 0980 2:98CR06013-SMJ-1<br>2:99CR06024-SMJ-1 |

Address of Offender: 

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 21, 2000

| | | | |
|---|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a); Bank Robbery, 18 U.S.C. § 2113(a) | | |
| Original Sentence: | Prison - 168 months;<br>TSR - 36 | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | November 7, 2013 |
| Defense Attorney: | Allison Gusernsey | Date Supervision Expires: | August 6, 2016 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 07/08/2015.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 19**: The offender shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.<br><br>**Supporting Evidence**: On August 19, 2015, Robert George Fitzpatrick, Jr. failed to report for urine drug testing as required. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 29, 2015

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Fitzpatrick, Robert George**
**September 29, 2015**
**Page 2**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation contained in this petition with the other violation pending before the Court.
- [X] Offender to appear before the Judge assigned to the case.
- [ ] Offender to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_____09/29/15_____
Date