PROB 12C
(7/93)

Report Date: January 7, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert George Fitzpatrick        Case Number: 0980 2:98CR06013-SMJ-1
                                                                2:99CR06024-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: January 21, 2000

Original Offense:    Bank Robbery, 18 U.S.C. § 21139(a); Bank Robbery, 18 U.S.C. § 2113(a);

Original Sentence:   Prison 168 months; TSR - 36 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Alison L. Gregoire           Date Supervision Commenced: November 7, 2013

Defense Attorney:      Allison Gusernsey            Date Supervision Expires: August 6, 2016

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/08/2015 and 09/29/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 19**: The offender shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.<br><br>**Supporting Evidence**: On December 30, 2015, Robert George Fitzpatrick failed to report for urine drug testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/07/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Fitzpatrick, Robert George**
**January 7, 2016**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____01/07/2016_____
Date